# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ARTUR SIULAEV, §<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>KRISTI NOEM, U.S. SECRETARY OF §<br>HOMELAND SECURITY; PAMELA §<br>BONDI, ATTORNEY GENERAL OF §<br>THE UNITED STATES; TODD M. §<br>LYONS, ACTING DIRECTOR U.S. §<br>CUSTOMS AND IMMIGRATION §<br>ENFORCEMENT; MARY DE ANDA-§<br>YBARRA, ACTING DIRECTOR U.S. §<br>CUSTOMS AND IMMIGRATION §<br>ENFORCEMENT; AND WARDEN, §<br>OPERATOR OF THE EL PASO ERO §<br>CAMP EAST MONTANA, §<br>§<br>*Respondents*. § | No.  3:26-CV-00573-LS |

## ORDER DISMISSING CASE

Respondents advised the Court that Petitioner has been removed.[1] Petitioner sought a writ of habeas corpus ordering his release from Immigration and Custom Enforcement custody.[2] The Court therefore denies the petition as moot and dismisses this case without prejudice.[3]

**SO ORDERED**.

---

[1] ECF No. 3.

[2] ECF No. 1 at 27–28.

[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").

SIGNED and ENTERED on March 24, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**